JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE VILLALOBOS, et al.,<br>Plaintiffs,<br>v.<br>GENERAL MOTORS LLC, et al.,<br>Defendants. | Case No. CV 25-8463-MWF(SKx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSA WITH PREJUDICE |

The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 31). For good cause shown, the Court GRANTS the Stipulation. This action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: November 19, 2026

MICHAEL W. FITZGERALD
United States District Judge